Núm. 9076.—Pueblo, apldo. *v.* Contreras, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮ Enero 30, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Snyder.)

Por cuanto, la Corte de Distrito de San Juan sentenció al apelante por Portar Armas en 21 de octubre de 1940 a treinta días de cárcel y costas;

Por cuanto, el mismo día 21 de octubre apeló para ante este tribunal, no habiéndose radicado aún moción solicitando transcrip-

ción de evidencia, ni pliego de excepciones o exposición del caso, o escrito alguno que formalice la apelación;

POR CUANTO, el fiscal de este tribunal ha solicitado la desestimación de la apelación y el apelante a su vez ha radicado una oposición a la desestimación, en la que alega que habiendo fallecido el taquígrafo que actuó en la vista de este caso así como el abogado que asumió su defensa en la corte inferior, procede ordenar la celebración de un nuevo juicio;

POR CUANTO, el apelante ha sido negligente en la tramitación de su apelación, no excusándole el hecho de que haya muerto su abogado y el taquígrafo que tomó el récord, pues el primero murió en agosto y el segundo en diciembre, 1941, esto es diez y catorce meses respectivamente, desde la fecha en que apeló para ante este tribunal;

POR CUANTO, los hechos en este caso no justifican que esta corte ejerza su discreción en cuanto a ordenar la celebración de un nuevo juicio;

POR TANTO, se deniega la solicitud de nuevo juicio del apelante, se declara con lugar la moción del Fiscal, y en su consecuencia se desestima, por abandono, el recurso.